COURT OF CRIMINAL APPEALS
**Att: Abel Acosta**                                    May 3, 2016
P.O. Box 12308
Austin, Texas 78711

Re:    COURT OF APPEALS NUMBER: 01-09-009558-CR
       TRIAL COURT CASE NUMBER: 1176954

Dear Mr. Acosta,

This is a request for a quote for the cost of a copy of the Petition For Discretionary Review that was filed with the First Court Of Appeals on June 30, 2011, then forwarded to this court on September 30, 2011. The Petition was ruled untimely February 4, 2012.

If the cost for the PDR is to costly please send a quote for just the page it was signed and dated. The petition was due on June 10, 2011, and it was placed in the mail box on or before the due date, therefore was was filed timely.

Thank you for your effective assistance in this matter.

Sincerely,

/X/ _Andrew Garcia_

**ANDREW GARCIA #1607291**
Michael Unit
2664 FM 2054
Tennessee Colony, TX. 75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 10 2016

Abel Acosta, Clerk

I.L.A.